1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8

| Sandra S. Rose, a single woman; | No. 2:14-cv-00575-SRB |

9

Plaintiff,

10

v.                                                                          **ORDER**

11

Unum Life Insurance Company of America
(an ERISA Plan fiduciary); Vanguard

12

Health Management, Inc. Plan (an ERISA
benefits Plan);

13

14

Defendants.

15

Pursuant to stipulation and good cause appearing,

16

IT IS ORDERED that this lawsuit is dismissed with prejudice.  Each party will bear

17

its own attorneys' fees and costs.

18

19

Dated this 3rd day of December, 2014.

20

21

22

_____

23

Susan R. Bolton
United States District Judge

24

25

26

27

28